**FILED**

January 16, 2009

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                         )<br>                        Plaintiff,         )<br>v.                                                      )<br>                                                         )<br>ZHEN SHU PANG,                            )<br>                                                         )<br>                        Defendant.     ) | Case No. 2:08CR00543-GEB-5<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release __ZHEN SHU PANG__ , Case No. _ 2:08CR00543-GEB-5_ , Charge __21USC § 846 and 841(a)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ _$370,000.00_

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)        Pretrial conditions as stated on the record.

Issued at _Sacramento, CA_ on _January 16, 2009_ at _3:55 pm_ .

By   /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court



**FILED**

JAN **1 6** 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK