CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for ZHEN SHU PANG,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR.S-08-543-GEB |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME TO FILE APPEARANCE BOND** |
| v. | |
| ZHEN SHU PANG, | |
| Defendant. | |

The parties hereto, by and through their respective counsel, hereby stipulate and agree that the time for filing the appearance bond on behalf of the above-named defendant, and the time for presenting proof to the Government of recordation of the Deed of Trust securing the bond, shall be extended for two weeks, to February 13, 2009.  This agreement is made in light of the delays inherent in obtaining signatures of sureties residing in the states of Maryland and Texas. Counsel for the defendant is informed that the signed documents will be delivered via Federal Express to her office by or before Monday, February 2, 2009.  In the interim, an Agreement to Forfeit Property remains in full force and effect.

-1-

```
Dated:   January 30, 2009
                                        LAWRENCE G. BROWN
                                        United States Attorney


                                        By   /s/ Candace A. Fry for
                                           MICHAEL M. BECKWITH, Assistant
                                           United States Attorney


Dated:   January 30, 2009                    /s/ Candace A. Fry
                                        CANDACE A. FRY, Attorney for
                                        ZHEN SHU PANG, Defendant

                                        (Signed for Mr. Beckwith with his
                                        prior authorization)
```

**O R D E R**

It is so ordered.

Dated: February 3, 2009

/s/ Gregory G. Hollows
_____

GREGORY G. HOLLOWS
United States Magistrate Judge

pang.ord