1  CANDACE A. FRY
   CA Bar No. 68910
2  2401 Capitol Avenue
   Sacramento, CA  95816
3  Telephone:  (916) 446-9322
   FAX:  (916) 446-0770
4  E mail: C.Fry@att.net

5  Attorney for ZHEN SHU PANG,
   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR.S-08-543-GEB-GGH |
| Plaintiff, | **APPLICATION AND ORDER ALLOWING DEFENDANT PANG LEAVE TO JOIN IN DNA TESTING BRIEFING FILED BY THE OFFICE OF THE FEDERAL DEFENDER AND FOR STAY OF DNA TESTING AS A CONDITION OF PRETRIAL RELEASE PENDING DECISION THEREON** |
| v. | |
| ZHEN SHU PANG, | |
| Defendant. | |

Defendant, ZHEN SHU PANG, by and through her attorney, hereby applies to this Court for a stay of the DNA testing requirement which was imposed as a special condition of her pretrial release and requests leave to join in the DNA testing briefing filed in other pending cases by the Office of the Federal Defender.

The defendant's motion for bail review was heard by Magistrate Judge Gregory G. Hollows on January 16, 2009. The defendant was thereupon ordered released on bond secured by real property and standard and special conditions of release imposed. Special condition of release number 5, states: "You shall submit to DNA testing as

-1-

directed by the United States Attorneys Office." Said condition was imposed without adequate notice to the defendant or to her counsel.

The issue of the legality of imposing DNA testing as a condition of pretrial release is presently pending before this Court in the matters of <u>United States</u> v. <u>Rowdy Adams</u>, No. 09-MJ-024-GGH and <u>United States</u> v. <u>Jerry Arbert Pool</u>, No. CR.S-09-015-EJG-GGH, and upon extensive and largely identical briefing filed in both cases by Assistant Federal Defender Rachelle Barbour. A combined responsive brief is presently due filed by the United States in the <u>Pool</u> case on March 13, 2009.

Rather than again submit identical briefing on an identical issue in this case, and with the goal of minimizing time to be expended by this Court and CJA appointed counsel, defendant Zhen Shu Pang accordingly requests:

(1) That this Court grant her leave to adopt and join in all briefs filed and to be filed in the <u>Adams</u> and <u>Pool</u> cases by the Office of the Federal Defender concerning the legality of DNA testing as a condition of pretrial release, as if filed by her independently under this case number;

(2) That defendant Pang agrees that this Court's ruling on DNA testing as a condition of pretrial release in the above matters will apply equally to this case and shall be published and filed in this case; and

(3) That the DNA testing condition of defendant Pang's pretrial release be stayed until this Court's decision in <u>Adams</u> and <u>Pool</u>.

///
///
///

Dated: March 5, 2009                    Respectfully submitted,


                                        /s/ Candace A. Fry
                                        CANDACE A. FRY, Attorney for
                                        ZHEN SHU PANG, Defendant


**O R D E R**

IT IS SO ORDERED.


          Dated: March 20, 2009


                              /s/ Gregory G. Hollows

                              GREGORY G. HOLLOWS
                              UNITED STATES MAGISTRATE JUDGE
pang543.ord