CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for ZHEN SHU PANG,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR.S-08-543-GEB |
| | ) | |
| Plaintiff, | ) | AMENDED REQUEST FOR ORDER AND |
| | ) | ORDER EXONERATING BOND |
| v. | ) | |
| | ) | |
| ZHEN SHU PANG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On or about February 3, 2009, a $370,000.00 appearance bond, secured by the San Francisco real property of Troy Thich Au and Sharon Van Au, was posted on behalf of defendant Zhen Shu Pang in the within matter.  On April 16, 2010, the defendant was sentenced to a period of supervised release for a term of twelve months, to commence immediately.

Accordingly, it is hereby requested that the $370,000.00 secured appearance bond be exonerated and that the Clerk of this Court be directed to reconvey back to the sureties/trustors that Deed of Trust received by the Clerk on or about February 3, 2009.

Dated:  April 27, 2010                    Respectfully submitted,


                                          /s/ *Candace A. Fry*
                                          CANDACE A. FRY, Attorney for
                                          ZHEN SHU PANG, Defendant



**O R D E R**

IT IS HEREBY ORDERED:

1.  The appearance bond in the amount of $370,000.00 posted herein by Troy Thich Au and Sharon Van Au and secured by a Deed of Trust to real property located in the City and County of San Francisco, California, is hereby exonerated; and

2.  The Clerk of this Court forthwith shall provide a Deed of Reconveyance of the San Francisco property securing the bond to the sureties/trustors at the following mailing address: Troy Thich Au and Sharon Van Au, 767 - 208th Street, Pasadena, Maryland  21122.

Dated:  April 27, 2010


                                          _____
                                          GARLAND E. BURRELL, JR.
                                          United States District Judge

-2-